# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Raven Kasheen Azure, | ) | Case No. 1:22-cr-023 |
| | ) | |
| Defendant. | ) | |

The court, on its own motion, shall require defendant to contact the United States Marshals Service at (701) 333-0660 by March 21, 2022, to make arrangements for the completion of her intake and booking.

Dated this 16th day of March, 2022.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court